**In re Matter of Richard Harold LARSON, Deceased, Respondent,**

v.

**Robert BELCHER, Appellant.**

**No. WD 41647.**

Missouri Court of Appeals, Western District.

Sept. 19, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1989.

---

Harley K. Desselle, Independence, for appellant.

R. Brian Hall, Gladstone, for respondent.

Before NUGENT, C.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM.

Appeal from an order of the circuit court, probate division, which denied petition against the Estate of Richard Larson, deceased.

Affirmed. Rule 84.16(b).